# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. <u>14 cv 76</u> |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 205.178.27.17, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO FILE EXHIBITS AND REPORT UNDER SEAL

Pursuant to this Court's previous orders, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order that Exhibits A and B to this Complaint and the Clerk's report to the Copyright Office be filed under seal.

                                                                 Respectfully submitted,
                                                                 SCHULZ LAW, P.C.

By:    /s/ *Mary K. Schulz*
           Mary K. Schulz, Esq.
           1144 E. State Street, Suite A260
           Geneva, Il 60134
           Tel: (224) 535-9510
           Fax: (224) 535-9501
           Email: schulzlaw@me.com